■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABIAN ENCARNACION, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered November 11, 1981, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Our examination of the record persuades us that the court did not err in denying defendant's application for assignment of new counsel (see *People v Medina*, 44 NY2d 199; *People v Brabson*, 9 NY2d 173, cert den 369 US 879).

To the extent defendant's other contentions may have been preserved for our review (see *People v Pellegrino*, 60 NY2d 636; *People v Guerra*, 99 AD2d 787), we find them to be without merit. Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.